UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN J. BANK,<br><br>                        Petitioner,<br>v.<br>THE HON. SHANNON NORDSTROM, et al.,<br><br>                        Respondent. | Case No. 2:19-cv-01049-GMN-BNW<br><br>ORDER |

      The Court dismissed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on June 20, 2019. (ECF No. 2). On July 19, 2019, petitioner filed a motion for summary judgment. (ECF No. 4). As this action has been dismissed and the motion for summary judgment provides no basis for reconsideration of the Court's decision in that regard, the motion for summary judgment (ECF No. 4) is denied.

      Petitioner had not provided the Court with any address of record at the time he initiated this action, so the order dismissing his case could not be forwarded at that time. Petitioner's latest filing, however, includes an address, and the court record has been updated. The Clerk of Court is therefore directed to send a copy of the order and judgment dismissing this action (ECF Nos. 2 & 3), in addition to a copy of this order to petitioner at his current address of record.

      IT IS SO ORDERED.

      DATED THIS 30 day of July 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1